No. 822. STATE OF WASHINGTON EX REL. COLUMBIA BROADCASTING CO. *v.* SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY ET AL.

May 27, 1940. *Per Curiam:* It appearing that the cause has become moot, the judgment of the Supreme Court of Washington is vacated and the cause is remanded for such proceedings as by that court may be deemed appropriate, without costs to either party in this Court. *Florida* v. *Knott,* 308 U. S. 507. *Messrs. Cassius E. Gates* and *Godfrey Goldmark* for petitioner.